CORRECTED ORDER

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

MOMENTA PHARMACEUTICALS, INC., AND
SANDOZ, INC.,
*Plaintiffs-Appellees,*

v.

AMPHASTAR PHARMACEUTICALS, INC.,
INTERNATIONAL MEDICATION SYSTEMS, LTD.,
AND WATSON PHARMACEUTICALS, INC.,
*Defendants-Appellants,*

---

2012-1062

---

Appeal from the United States District Court for the District of Massachusetts in case no. 11-CV-11681, Judge Nathaniel M. Gorton.

---

## ON MOTION

---

Before DYK, *Circuit Judge.*

## ORDER

Amphaster Pharmaceuticals, Inc. et al. submit a motion for a stay, pending appeal, of the preliminary injunc-

tion entered by the United States District Court for the District of Massachusetts on October 28, 2011. Amphastar also request an immediate stay of the injunction pending disposition of its motion for a stay, pending appeal. The court also considers whether to expedite the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Momenta Pharmaceuticals, Inc. et al. are directed to respond no later than 5:00 p.m. on November 22, 2011.

(2) Amphastar's request for an "immediate stay" pending action on the stay motion is denied.

(3) Amphastar's brief is due no later than November 29, 2011. Momenta's brief is due within 14 days from the date of service of Amphastar's initial brief. Amphastar's reply brief and the joint appendix are due within seven days from the date of service of Momenta's response brief. The case will be placed on the next available oral argument calendar after the briefing is completed.

FOR THE COURT

NOV 17 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Patricia A. Millett, Esq.
    Courtney M. Schou, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 17 2011

JAN HORBALY
CLERK